AARON D. FORD
  Attorney General
LORIN M. TAYLOR (Bar No. 14958)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-2389 (phone)
(702) 486-3773 (fax)
Email: lmtaylor@ag.nv.gov
*Attorneys for Julio Calderin, Calvin Johnson,
Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIONEL KING, | Case No. 2:21-cv-01452-CDS-BNW |
| Plaintiff, | |
| v. | **REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY** |
| JULIO CALDERIN, *et al.,* | |
| Defendants. | |

**NOTE:  ONLY THE OFFICE OF THE ATTORNEY GENERAL SHALL FILE THIS FORM. THE INMATE PLAINTIFF SHALL NOT FILE THIS FORM**

On June 7, 2022, this Court issued its screening order stating that it screened this case pursuant to 28 U.S.C. § 1915A and that certain specified claims would proceed.[1]  The Court ordered the Office of the Attorney General of the State of Nevada to file a report ninety days after the date of the entry of the Court's screening order to indicate the status of the case at the end of the stay. By filing this form, the Office of the Attorney General hereby complies.

---

[1] *Screening Order* [ECF No. 6].

# REPORT FORM

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case: The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature bloc.]

☐ A mediation session with a court-appointed mediator was held on ___, and as of this date, the parties have reached a settlement (even if paperwork to memorialize the settlement remains to be completed). (If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.)

☐ A mediation session with a court-appointed mediator was held on_____, and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

☐ No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. (If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.)

☑ No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for **Friday, December 9, 2022, at 8:30 a.m.**

☐ No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session.

☐ None of the above five statements describe the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

///

///

///

///

///

///

**Situation Two: Informal Settlement Discussions Case:** The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations. [If this statement is accurate, check **ONE** of the four statements below and fill in any additional information as required, then proceed to the signature bloc.]

\_\_\_\_\_ The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (even if the paperwork to memorialize the settlement remains to be completed). (If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.)

\_\_\_\_\_ The parties engaged in settlement discussions and as of this date, the parties have not reached a settlement. The office of the Attorney General therefore informs the court of its intent to proceed with this action.

\_\_\_\_\_ The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement. The office of the Attorney General therefore informs the Court of its intent to proceed with this action.

\_\_\_\_\_ None of the above three statements fully describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

DATED this 7th day of September, 2022.

            AARON D. FORD
            Attorney General

            By: /s/ Lorin M. Taylor
              LORIN M. TAYLOR (Bar No. 14958)
              Deputy Attorney General
              *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on September 7, 2022, I electronically filed the foregoing **REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

>Lionel King, #1099787
>High Desert State Prison
>P.O. Box 650
>Indian Springs, Nevada 89070
>*Plaintiff, Pro Se*

>/s/ Andrea Beckett
>ANDREA BECKETT, an employee of the
>Office of the Nevada Attorney General