AARON D. FORD
Attorney General
LORIN M. TAYLOR (Bar No. 14958)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-2389 (phone)
(702) 486-3773 (fax)
Email: lmtaylor@ag.nv.gov

*Attorneys for Defendants*
*Julio Calderin, Calvin Johnson,*
*Harold Wickham*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIONEL KING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JULIO CALDERIN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01452-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Lionel King, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 30th day of August, 2023.

DATED this ~~30th day of August, 2023.~~ 25th day of September, 2023.
AARON D. FORD
Attorney General

_____
LIONEL KING #1099787
Plaintiff, *Pro Se*

By: _____
Lorin M. Taylor (Bar No. 14958)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____September 27,_____, 2023.

_____
UNITED STATES DISTRICT JUDGE